SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:    1. *Intake Clerk* \*    UC

2. *Case Administrator*

FROM:    *Financial Administrator*

DATE: 7/12/18

CASE NAME: Maria C. Acierno

CASE NUMBER: 12-24489-GLT

Check Number 1083005 in the amount of $ 9256.41 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 14360    Intake Clerk's Initials MCG

\*    AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
07/10/2018

Michael R. Rhodes, Esquire          OR          Michael R. Rhodes, Esquire
Clerk, US Bankruptcy Court                      Clerk, US Bankruptcy Court
5414 U.S. Steel Tower                           U.S. Courthouse, Room B160
600 Grant Street                                17 South Park Row
PIttsburgh, PA  15219                           Erie, PA  16501

Re: MARIA C. ACIERNO

Case No: 1224489

Dear Mr. Rhodes:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above. These funds are owned by the following debtor(s). The Trustee issued funds as a refund to the debtor(s), in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Maria C. Acierno
2948 Elsiton Lane
Allison Park, PA 15101

CHECK NUMBER 1083005          AMOUNT $9256.41

The disbursement(s) was returned to the Trustee for the following reason:

The check became stale dated, not having been negotiated within 90 days of the issue.

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: PAUL W MCELRATH JR ESQ
MARIA C. ACIERNO